# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ALTON BROWN, | : No. 23 EM 2015 |
| Petitioner | : |
| v. | : |
| JUDGE SANDRA MOSS, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of May, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Prohibition is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.